IN THE MATTER OF SARAH MOSES AND BETSEY MOSES. —Order reversed, writ of *habeas corpus* discharged, and the children remanded. Opinion *Per Curiam.*

PETER MASTERSON, *Appellant*, *v.* JEREMIAH A. CRANITCH and others, *Respondents*. — Order reversed and proceedings remanded for further action, as directed in opinion. Opinion *Per Curiam.*

THE PEOPLE OF THE STATE OF NEW YORK, *v.* THE UNIVERSAL LIFE INSURANCE COMPANY. — Order affirmed, without costs. Opinion *Per Curiam.*

---

*THE HEBREW FREE SCHOOL ASSOCIATION OF THE CITY OF NEW YORK, *Respondent*, *v.* THE MAYOR, ETC., OF THE CITY OF NEW YORK, with others, *Appellants.* — Judgment affirmed on the authority of *Hebrew Free School Association* v. *Mayor* (4 Hun, 446).

IN THE MATTER OF THE ESTATE OF HENRY DEOBOLD, *Deceased.* — Order affirmed, with ten dollars costs and disbursements to be charged upon the appellant personally.

JULIUS HEAVENRICH and others, *Respondents*, *v.* AARON J. BLOOMBERG, *Appellant.* — Order affirmed, with ten dollars costs and disbursements. Opinion *Per Curiam.*

IN THE MATTER OF THE ESTATE OF EMMA BARTLETT. — Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

IN THE MATTER OF THE UNION STOCK YARD AND MARKET COMPANY. — Order affirmed, with ten dollars costs and disbursements. Opinion by BRADY, J.

SAMUEL G. FRENCH, *Appellant*, *v.* THE BOARD OF EDUCATION IN THE CITY OF NEW YORK and others.—Order affirmed, with ten dollars costs and disbursements. Opinion by DAVIS, P. J.

THOMAS H. MESSENGER, *Plaintiff*, *v.* JOHN A. CASEY, *Defendant.*— Judgment ordered for plaintiff upon the case submitted. Opinion by DANIELS, J.

---

* Decisions handed down November, 1883.